# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE M. MCMULLEN,<br>　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>　　　Commissioner of Social<br>　　　Security, Defendant. | Civil Action No. 07-1363<br>Electronically Filed |

## ORDER OF COURT

And now, this 22nd day of July, 2008, for the reasons set forth in the foregoing memorandum opinion, it is HEREBY ORDERED as follows:

(1) Plaintiff's motion for summary judgment (Doc. No. 8) is DENIED insofar as it seeks an award of benefits and GRANTED insofar as it seeks a vacation of the Commissioner's decision, and a remand for further administrative proceedings;

(2) Defendant's motion for summary judgment (Doc. No. 10) is DENIED;

(3) The decision of the Commissioner is vacated, and this case is remanded to the Commissioner for further administrative proceedings in accordance with the accompanying memorandum opinion.

　　　　　　　　　　　　　　　　　　　　Arthur J. Schwab
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　All counsel of record